UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JESUS ANTONIO CALDERON GONZALEZ,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.: 26-CV-3537 JLS (JLB)

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

Presently before the Court is Petitioner Jesus Antonio Calderon Gonzalez's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1). Petitioner argues in part that the revocation of his release pursuant to his prior DACA status without notice or an opportunity to be heard violates the Due Process Clause of the Fifth Amendment. Pet. ¶¶ 92–97. The Court requires supplemental briefing addressing the following:

(1) Whether this case is distinguishable, if at all, from the Court's prior orders finding a liberty interest in release requiring notice and an opportunity to be heard. *See Salazar v. Casey*, No. 25-CV-2784-JLS, 2025 WL 3063629 (S.D. Cal. Nov. 3, 2025).

(2) Whether this case is distinguishable, if at all, from other cases in this Circuit finding a protected liberty interest in DACA status even after its expiration and

with a subsequent criminal history. *See, e.g.*, *Hernandez v. Warden, Golden State Annex Det. Facility*, No. 26-CV-3727-DAD-JDP, 2026 WL 1759597 (E.D. Cal. June 18, 2026); *Ramirez v. Warden of Golden State Annex Det. Facility*, No. 26-CV-2544-DAD-AC, 2026 WL 1078250 (E.D. Cal. April 21, 2026).

The Parties **SHALL FILE** their supplemental briefing addressing the above by August 3, 2026.

**IT IS SO ORDERED.**

Dated: July 22, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge