# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jesus Antonio Calderon Gonzalez

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-03537-JLS-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Petitioner's Petition for Writ of Habeas Corpus. Respondents are ORDERED to release Petitioner from custody within forty-eight (48) hours under appropriate conditions of supervision set forth in 8 C.F.R. § 241.5. The Court ORDERS, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his release and a hearing before a neutral decision maker to determine whether detention is warranted. This concludes the litigation in this matter.

**Date:** 8/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Santiago
A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-03537-JLS-JLB

Respondents:

Jeremy Casey
Facility Administrator at the Imperial Regional Detention Facility

Gregory J. Archambeault
Director of the U.S. Immigration and Customs Enforcement San Diego Field Office

Todd Lyons
acting Director of U.S. Immigration and Customs Enforcement

Markwayne Mullins
Secretary of the U.S. Department of Homeland Security

Todd Blanche
U.S. Attorney General